# United States Court of Appeals
### For the Eighth Circuit
_____

No. 20-1261
_____

Sylvester Barbee

*Plaintiff - Appellant*

v.

Jason Boyd, Poultry/Swine Company Inspector, Cummins Unit, ADC

*Defendant - Appellee*

Troy Moore, Physician; Cheryl Ellis, Inspector, Cummins Unit, ADC; Aundrea
Weekly, Safety and Sanitation Officer, Cummins Unit, ADC

*Defendant*s

Angelika Smarjessi, Food Preparation & Service Manager, Cummins Unit, ADC

*Defendant - Appellee*

Doe, 2012 Henhouse Sanitation Inspector

*Defendant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: August 3, 2020
Filed: August 7, 2020
[Unpublished]
_____

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Sylvester Barbee appeals following the district court's[1] adverse grant of summary judgment. Viewing the record in a light most favorable to Barbee, and drawing all inferences in his favor, we find that summary judgment was properly granted. *See Murchison v. Rogers*, 779 F.3d 882, 886-87 (8th Cir. 2015) (de novo standard of review). Specifically, we agree with the district court that Barbee did not exhaust administrative remedies on his claims against defendant Angelika Smarjessi, *see King v. Iowa Dep't of Corr.*, 598 F.3d 1051, 1052 (8th Cir. 2010) (reviewing de novo a dismissal for failure to exhaust); and that the record did not reflect defendant Jason Boyd's deliberate indifference to Barbee's risk of exposure to salmonella, *see Kulkay v. Roy*, 847 F.3d 637, 643 (8th Cir. 2017) (finding, in a case challenging conditions of confinement, that requisite state of mind is deliberate indifference to inmate health and safety; official is deliberately indifferent if he actually knows of the substantial risk and fails reasonably to respond to it); *Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 499 (8th Cir. 2009) (recognizing that deliberate indifference is similar to criminal recklessness and requires more than gross negligence). The judgment is affirmed, *see* 8th Cir. R. 47B; and Barbee's motion for counsel is denied as moot.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.